# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

SHEILA RENEE EASLEY,

    Plaintiff,

    v.                                                                           Case No. 07-C-0362

YMCA OF METRO MILWAUKEE,

    Defendant.

## ORDER

The plaintiff, Sheila Easley, filed a pro se complaint on April 19, 2007, alleging that she was subjected to a hostile work environment, harassment and discrimination at her place of employment in violation of 42 U.S.C. §2000e et seq., as amended. The plaintiff also alleges a violation of the Family Medical Leave Act and a state law worker's compensation claim. The plaintiff also filed a petition to proceed in forma pauperis and a request for appointment of counsel.

In a May 3, 2007, order, the court stated that the plaintiff did not set forth the basis for her claims of a hostile work environment, discrimination and harassment and the court could not make such determination from reviewing the complaint. Specifically, the plaintiff did not indicate whether she is basing her claims on race, sex or on her membership in some other protected class. In addition, the plaintiff did not indicate whether she had filed a complaint with the Equal Employment Opportunity Commission (EEOC).

Therefore, the court gave the plaintiff an opportunity to file an amended complaint setting forth the basis of her Title VII claims. The plaintiff also was directed to provide some

information about whether or not she has filed a charge with the EEOC and received a right to sue letter. The plaintiff was instructed to file this amended complaint by May 31, 2007. The court also advised that plaintiff that after the amended complaint was filed, it would address the plaintiff's petition for leave to proceed in forma pauperis and her request for appointment of counsel. To date, the plaintiff failed to comply with the court's order to file an amended complaint, nor has she requested an extension of time to file such amended complaint.

The plaintiff will be given an additional period of time to file her amended complaint. Such complaint must be filed on or before July 6, 2007. The plaintiff is hereby advised that if she fails to file her amended complaint by July 6, 2007, this action may be dismissed with prejudice for lack of diligence in prosecuting this action pursuant to Civil Local Rule 41.3 (E.D. Wis.) (copy enclosed).

**NOW, THEREFORE, IT IS ORDERED** that the plaintiff shall file her amended complaint on or before **July 6, 2007**. Failure to file the amended complaint by this date may result in dismissal of this case for lack of diligence in prosecuting the action.

Dated at Milwaukee, Wisconsin, this 8th day of June, 2007.

                     BY THE COURT:

                     s/Patricia J. Gorence
                     PATRICIA J. GORENCE
                     United States Magistrate Judge

**Civil L.R. 41.3**

### Dismissal for Lack of Diligence.

Whenever it appears to the Court that the plaintiff is not diligently prosecuting the action, the Court may enter an order of dismissal with or without prejudice. Any affected party can petition for reinstatement of the action within 20 days.